DAVID LaFON, Appellant, *v.* THE STATE OF NEVADA, Respondent.

No. 11805

November 13, 1979                    601 P.2d 1201

*Jaquette & Kilpatrick,* Carson City, for Appellant.

*Richard H. Bryan,* Attorney General, and *Patrick B. Walsh,* Substitute Prosecutor, Carson City, for Respondent.

## OPINION

*Per Curiam:*

Appellant was convicted of attempted escape from prison (NRS 212.090). The contentions he raises in this appeal are not opposed by respondent. Instead, respondent concedes that the district judge committed reversible error. Under these circumstances, we reverse the judgment and remand the case to the district court for a new trial. *Cf.* NRAP 31(c).